United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JODI DUVAL,

        Plaintiff,

   v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

Case No.  22-cv-02338-TSH

**ORDER TO SHOW CAUSE**

On March 30, 2023, Defendant Costco Wholesale Corporation filed a motion to compel arbitration, with a noticed hearing date of May 4, 2023.  ECF No. 42.  As Plaintiff Jodi Duval failed to file an opposition pursuant to Civil Local Rule 7, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiff  to show cause why this case should not be compelled to arbitration.  Alternatively, Plaintiff may file a statement of non-opposition pursuant to Civil Local Rule 7-3(b).  Plaintiff shall file either response by April 25, 2023.  Defendant may file any reply by May 2, 2023.

Notice is hereby provided that failure to file a written response will be deemed an admission that this case should be compelled to arbitration.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 18, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge